NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PUREPREDICTIVE, INC.,**
*Plaintiff-Appellant*

**v.**

**H2O.AI, INC.,**
*Defendant-Appellee*

---

2017-2544

---

Appeal from the United States District Court for the Northern District of California in No. 3:17-cv-03049-WHO, Judge William H. Orrick, III.

---

## JUDGMENT

---

PERRY S. CLEGG, Kunzler, P.C., Salt Lake City, UT, argued for plaintiff-appellant. Also represented by ROBERT JEREMY ADAMSON, JUAN CARLOS MIJARES.

MELANIE L. BOSTWICK, Orrick, Herrington & Sutcliffe LLP, Washington, DC, argued for defendant-appellee. Also represented by CLEMENT ROBERTS, San Francisco, CA; LAURA MILLER, Durie Tangri LLP, San Francisco, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, WALLACH, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| November 7, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |